IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:20-CV-291-WTM-CLR |
| | ) | |
| 9545 STONEY RIDGE LANE | ) | |
| ALPHARETTA, GEORGIA 30022 | ) | |

## VERIFIED CLAIM

Ms. ADELE BAGROU, pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(5)(a), claims interest in the following defendants *in rem*:

a. **Identity of the Property**

The identity of the specific property claimed is the real property located at 9545 Stoney Ridge Lane, Alpharetta, Georgia 30022- 7801. The legal description of said real property is: all that tract or parcel of land lying and being in Land Lot 17 of the 1st District, 1st Section, Fulton County, Georgia, being Lot 304, Block A, The Ridge at Brumbelow Subdivision, Unit III-A, as per plat recorded in Plat Book 205, Pages 60-62, Fulton County, Georgia records and being further identified according to the official tax map of said county by PIN: 11-0090-0017-042-1.

b. **Identity and Interest of the Claimant**

The identity of the claimant is Adele Bagrou, and her interest in the property is that she is its recorded owner.

Date:	July 9, 2021

Respectfully submitted,

**_s/ Joshua Sabert Lowther, Esq._**
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

**_s/ Katryna Lyn Spearman, Esq._**
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorneys for Adele Bagrou

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:20-CV-291-WTM-CLR |
| | ) | |
| 9545 STONEY RIDGE LANE | ) | |
| ALPHARETTA, GEORGIA 30022 | ) | |

## VERIFICATION

I, ADELE BAGROU, pursuant to 18 U.S.C. § 1746(2), declare under penalty of perjury that the foregoing is true and correct.

Date:   July 9, 2021

_____
Adele Bagrou
Claimant

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Civil Action No. 4:20-CV-291 |
| ) | |
| 9545 STONEY RIDGE LANE ) | |
| ALPHARETTA, GEORGIA 30022 ) | |

## CERTIFICATE OF SERVICE

I certify that on July 9, 2021, I electronically filed the foregoing VERIFIED CLAIM with the Clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:       July 9, 2021

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com